FILED
2013 Nov-04 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WILFRIED P. DOUMOUNIAN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:13-cv-00637-KOB-PWG |
| ) | |
| **PHILLIP T. MILLER, et al.,** ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM OPINION

This case is before the court on the Respondents' Motion to Dismiss as Moot filed April 30, 2013. (Doc. 6). In their motion, the Respondents argue that because the Petitioner was released from ICE custody on April 12, 2013, pursuant to an Order of Supervision (doc. 6-1), the court should dismiss the case as moot.

On April 8, 2013, the Petitioner filed a petition for writ of habeas corpus seeking release from custody pending his removal to Burkina Faso. (Doc. 1). Because the Petitioner has been released on an Order of Supervision, his petition seeking that very relief is now moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine).

Accordingly, the court finds that the Respondents' motion is due to be granted and this matter is due to be dismissed as moot.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 4th day of November, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE